**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| THOMAS O'BRIEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE VANGUARD GROUP, INC.,<br><br>Defendant. | Case No.: 2:26-cv-08600-MRP<br><br>**JURY TRIAL DEMANDED** |

**<u>NOTICE OF APPEARANCE</u>**

TO: THE CLERK OF THE ABOVE-ENTITLED COURT:

Kindly enter my appearance as counsel for Plaintiff in the above-captioned matter.

Dated: November 12, 2026

Respectfully Submitted:

*/s/ Samantha E. Holbrook*
Samantha E. Holbrook (PA Bar 311829)
**SHUB JOHNS & HOLBROOK LLP**
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428
Phone: (610) 477-8380
sholbrook@shublawyers.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of November, 2026, I served the foregoing document upon all parties of record in this proceeding via the Court's ECF system.

*/s/ Samantha E. Holbrook*
Samantha E. Holbrook